UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Salvatore J. Sowell,

    Plaintiff,

    v.

Jazmin Roederer, *et al.*,

    Defendants.

Case No. 2:26-cv-367

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

### ORDER

The Magistrate Judge has performed a screen of Salvatore J. Sowell's ("Plaintiff") Amended Complaint and Second Amended Complaint and concluded that Plaintiff is prohibited by the three strikes rule from proceeding *in forma pauperis* in this matter.  R&R, ECF No. 14.  The R&R notified Plaintiff of his right to object to that conclusion and of the consequences of failing to do so.  *Id.*

In response, Plaintiff applied for leave to proceed *in forma pauperis*, ECF No. 15, and objected to the R&R, ECF No. 16.  Plaintiff also filed what he titled an "express waiver," which also contains a motion for summary judgment.  ECF No. 17.

The objections argue that this Court has federal question jurisdiction over the case and asserts in a single sentence that Plaintiff is at risk of serious bodily injury due to Defendants' financial actions.  *See generally* ECF No. 16.  The

"express waiver" asks the Court to conclude that Defendants are not entitled to any form of immunity in this case.  *See generally* ECF No. 17.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviews de novo those portions of the R&R to which Plaintiff properly objected.

On de novo review, the Court agrees with the R&R that none of Plaintiff's complaints allege particular facts suggesting that he is in imminent danger of serious physical injury for purposes of establishing the § 1915(g) exception. Rather, the case appears to center around a financial account that was opened in Plaintiff's name at Huntington Bank.  ECF Nos. 5, 11.

Accordingly, the Court **ADOPTS** the R&R, **DENIES** Plaintiff leave to proceed *in forma pauperis*, and **ORDERS** Plaintiff to pay the full $405 filing fee ($350 filing fee plus $55 administrative fee) by **August 31, 2026**.  Failure to timely pay the filing fee will result in immediate dismissal of the case without further notice.  Moreover, Plaintiff's motions for summary judgment and to waive sovereign immunities are **DENIED**.  The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

The Clerk shall **TERMINATE** ECF Nos. 1, 5–9, 14–15 as pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**