UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Salvatore J. Sowell,

    Plaintiff,

    v.

Jazmin Roederer, *et al.*,

    Defendants.

Case No. 2:26-cv-367

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

## ORDER

Salvatore J. Sowell ("Plaintiff") filed an Amended Complaint as a matter of right, pursuant to Federal Rule of Civil Procedure 15(a).  ECF No. 11.  He did not seek or receive permission to file a second amended complaint.  Accordingly, the Court **STRIKES** the Second Amended Complaint, ECF No. 22-2.

Moreover, Plaintiff's discovery motion, ECF No. 20, is **DENIED** as premature.  His renewed motion for leave to proceed *in forma pauperis*, ECF No. 21, is **DENIED**.  And ECF No. 19 does not change the Court's prior ruling.

Accordingly, Plaintiff is **REMINDED** that he has until August 31, 2026, to pay the full filing fee in this case, or the case will be dismissed without further notice.  Plaintiff is **PROHIBITED** from filing anything other than the full filing fee.

The Clerk shall terminate ECF Nos. 20–21 and strike ECF No. 22-2.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT